Jury . . . found for the plaint. Eleven pounds Seventeen Shillings Seven pence mony & costs of Court grant$^d$ two & twenty Shillings & ten pence.

### LEGG ag$^t$ FLOOD

Samuel Legg plaint. ag$^t$ James Flood Defend$^t$ in an action of defamation for abuseing of the s$^d$ Legg by uttering against him severall base and scurrilous words, whereby severall men that hee was about Shipping of were discouraged from his Service and hee thereby disappointed which was to the defaming of him in his name & credit and hindring him from proceeding in his buisness whereby hee is greatly damnified with all other due damages &c. . . . The Jury . . . found for the plaint. that the Defend$^t$ at the next County Court of Suffolke after his arrivall in New-England shall make an acknowledgem$^t$ to the Satisfaction of the Court or pay twenty pounds mony, & costs of Court. — allow$^d$ twenty Eight Shillings ten pence.

Execution issued for costs. 24$^o$ July 1679. the Defend$^t$ having made an acknowledgem$^t$

[ See above, pp. 858–60, and Legg v. Flood, below, p. 1054.]

### ROSE ag$^t$ ALLEN

Roger Rose plaint. ag$^t$ Deacon Henry Allen Defend$^t$ in an action of the case for illegally possessing himselfe of a parcell of Land Lying at the South end of the Town of Boston neere John Harrisons the Rope maker improving of it & refuseing to deliver possession of the s$^d$ Land unto the plaint..whose Land it is as may and will appeare by his deed, whereby hee is damnified & his title defamed with other due damages &c. . . . The Jury . . . found for the Defend$^t$ costs of Court Fifteen Shillings.

Execution issued. 20th Januar$^o$ 1678.

### DOWDEN agt. HAYMAN

Leonard Dowden plaint. ag$^t$ Samuel Hayman Defend$^t$ The plaint. withdrew his action.  [ 488 ]

### HAYMAN ag$^t$ DOWDEN

Samuel Hayman plaint. ag$^t$ Leonard Dowden Defend$^t$ The plaint. withdrew his action.